# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

161835

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

THERESA MARIE GAFKEN,
     Defendant-Appellant.

SC:  161835
COA:  345954
St. Clair CC: 18-001241-FC

_____/

On order of the Court, the application for leave to appeal the June 18, 2020 judgment of the Court of Appeals is considered.  We DIRECT the St. Clair County Prosecuting Attorney to answer the defendant's application for leave to appeal within 28 days after the date of this order.  The prosecutor shall pay particular attention to Issues I and III of the defendant's application for leave to appeal.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



Clerk

p0317